PER CURIAM.

(No. 75-CC-1155—)

GOOD SAMARITAN SHELTER CARE HOME, Claimant, *vs.* STATE
OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1975.*

GOOD SAMARITAN SHELTER CARE HOME, Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.